UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| AMY SMITH,<br>　　　Plaintiff,<br><br>　　vs.<br><br>JAMES M. TONEY and JOHN<br>CHRISTNER TRUCKING CO., INC.,<br>　　　Defendants. | )<br>)<br>)<br>)　　1:04-CV-0796-SEB-JMS<br>)<br>)<br>)<br>) |

**JUDGMENT**

Pursuant to the Court's entry of this date, final judgment is entered in favor of Defendants and against Plaintiff. This cause of action shall be dismissed with prejudice, each party to bear its own costs. IT IS SO ORDERED.

Date: 05/14/2007

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies to:

James Walter Boswell II
jacook2@iquest.net

Michael Brian Langford
SCOPELITIS GARVIN LIGHT & HANSON
mlangford@scopelitis.com

Stephen L. Williams
MANN LAW FIRM
steve@mannlawfirm.com